UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 04-20065-CR-SEITZ(s)

**UNITED STATES OF AMERICA**

vs.

**OSCAR MAURICIO HENAO-TORO,**
  a/k/a "Mauro,"
  a/k/a "El Contador,"

               **Defendant.**
_____/

## FACTUAL PROFFER

If this case had proceeded to trial, the United States would have proven, beyond a reasonable doubt, the following:

In February 2003, agents with the Drug Enforcement Administration (DEA) began investigating a large-scale international cocaine smuggling organization which was shipping multi-thousand kilogram loads of cocaine from the north coast of Colombia to Jamaica, then on to the United States. The head of the Colombian branch of the organization was a man named Nelson Eugenio Aristizabal-Martinez, nicknamed "1,2,3."

Agents developed evidence regarding the various conspirators through recorded calls, confidential informants, surveillance and the statements of cooperating defendants. Based on statements of co-conspirators as well as intercepted calls, agents learned that the large-scale conspiracy which OSCAR MAURICIO HENAO-TORO, a/k/a "Mauro," a/k/a "El Contador," ("Defendant") joined shipped approximately 500-1,000 kilograms of cocaine every month between 1998 and 2004, for a total of at least 11,000 kilograms of cocaine.

Defendant worked with co-conspirators Nelson Aristizabal-Martinez, Carlos Ceren, Omar

Munoz, Cesar Mantilla-Chavez, James Aguirre-Cortes, and others. Based on the statements of multiple co-conspirators and/or cooperating defendants, Defendant was the primary accountant for the Aristizabal-Martinez drug trafficking organization ("1,2,3 DTO"), and maintained the ledgers which showed the various disbursements of money to and from various traffickers who did business with the 1,2,3 DTO. While the Government has yet to recover said ledgers, multiple witnesses would have testified at trial that they personally observed the ledgers. These witnesses would have also testified that whenever they shipped a load of cocaine provided by the 1,2,3 DTO, they would have to contact Defendant to "settle accounts" with the 1,2,3 DTO. One cooperating witness, who transported numerous loads of cocaine provided by the 1,2,3 DTO, would have testified that Aristizabal-Martinez (1,2,3) himself introduced Defendant to the witness as the person who would be responsible for the accounting and that all receipts, meaning proceeds of drug transactions, were to be turned over to the Defendant directly. In a call intercepted by the Colombian National Police on May 9, 2003, this witness and the Defendant discuss the payment of $278,000 in drug proceeds to the Defendant.

Defendant has been described by at least one cooperating witness as the "most important" person in the 1,2,3 DTO because he knows who is "responsible" for the various amounts of cocaine and money involved in drug loads. Several witnesses would also have testified that Defendant was almost always present during meetings between the witnesses and 1,2,3, but that 1,2,3 "delegated" responsibility for overseeing day-to-day operations to Defendant.

The factual proffer above does not include all facts known by the parties regarding the Defendant's conduct, but contains facts sufficient to satisfy each and every element of the

count to which Defendant is pleading.

                                                                             WIFREDO A. FERRER
                                                                             UNITED STATES ATTORNEY

Date: _____                      By: _____
                                                                             ADAM FELS
                                                                             ASSISTANT UNITED STATES ATTORNEY

Date: _____                      By: _____
                                                                             ROBERT FEITEL
                                                                             ATTORNEY FOR DEFENDANT HENAO-TORO

     I certify that the above factual proffer was translated to me into Spanish and that the facts contained therein are true and correct to the best of my knowledge.

Date: _____                      By: _____
                                                                             OSCAR MAURICIO HENAO-TORO
                                                                             DEFENDANT